UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:14-cv-60015-SCOLA

BOLIVAR ESTEVEZ, on his own behalf and
others similarly situated,

       Plaintiff,

v.

GLOBAL RESPONSE CORPORATION,
a Florida corporation,

       Defendant.

_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S AMENDED STATEMENT OF CLAIM

Defendant, Global Response Corporation, pursuant to the Court's January 6, 2014 Order [D.E. 5], files its response to Plaintiff's Amended Statement of Claim [D.E. 12], and states:

1. **Amount of, and Calculation of, Unpaid Wages:** Global Response Corporation has determined that no wages are owed to Mr. Estevez.  C.F.R. 785.48 provides that, in cases where employees voluntarily come in to work before their regular starting time, or remain after their end time, and do not perform work, they do not have to be paid for such periods.  Here, Mr. Estevez voluntarily arrived at work before his scheduled shifts, and did not engage in any work during that period.  Accordingly, the time claimed by Mr. Estevez is not compensable, he has been paid for all hours worked, and has been paid all wages due to him.

2. **Nature of Wages:**  No wages are due.

3.      **Total Amount of Damages Owed:**  $0.00.

Respectfully submitted,

s/Russell Landy
Russell Landy
Florida Bar No.: 0044417
Peter F. Valori
Florida Bar No. 0043516
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  (305) 371-3960
Facsimile:  (305) 371-3965
Email: pvalori@dvllp.com
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on February 13, 2014 upon all counsel or parties of record on the attached service list.

s/Russell Landy
*Counsel for Defendant*

## SERVICE LIST

**Camar R. Jones, Esq.**
cjones@shavitzlaw.com
Shavitz Law Group, P.A.
1515 S. Federal Highway, Suite 404
Boca Raton, Florida 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiff*

**Peter F. Valori, Esq.**
pvalori@dvllp.com
**Russell Landy, Esq.**
rlandy@dvllp.com
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
*Attorneys for Defendant*